UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cr-00089-FDW-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>CORTEZ LAMAR ROGERS, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* to provide further clarification regarding this Court's earlier Order (Doc. No. 33). The U.S. Attorney's Office is HEREBY ORDERED to promptly, within sixty (60) days, take actions necessary to bring Defendant into federal custody in this District for a supervised release revocation hearing. The date of the hearing will be set once the defendant is within the District in federal custody.

IT IS SO ORDERED.

Signed: January 16, 2019

Frank D. Whitney
Chief United States District Judge