# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.   CASE NUMBER: 5:13cr89-1-FDW

CORTEZ LAMAR ROGERS

THIS MATTER is before the Court on Fourth Circuit Court of Appeals Order of remand, filed 06/24/202, for further proceedings.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of CORTEZ LAMAR ROGERS (USM# 28906-058), for an evidentiary hearing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than April 1, 2022, and upon completion of the evidentiary hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: February 4, 2022

Frank D. Whitney
United States District Judge